FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 11-20196 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | CATHERINE STEEGE, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | 1120 CLUB, L.L.C. | | | | Date Filed (f) or Converted (c): | 05/11/2011 (f) |
| | | | | | 341(a) Meeting Date: | 06/23/2011 |
| For Period Ending: | 06/30/2018 | | | | Claims Bar Date: | 10/14/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1112 Lake St., Oak Park, IL | Unknown | 0.00 | | 0.00 | FA |
| 2. 1124 Lake St., Unit 404, Oak Park, IL 60301 | Unknown | 0.00 | | 0.00 | FA |
| 3. 1124 Lake St., Unit 406, Oak Park, IL 60301 | Unknown | 0.00 | | 0.00 | FA |
| 4. 1124 Lake St. Unit 502, Oak Park, IL 60301 | Unknown | 0.00 | | 0.00 | FA |
| 5. 1124 Lake St., Unit 504, Oak Park, IL 60301 | Unknown | 0.00 | | 0.00 | FA |
| 6. 1124 Lake St., Unit 705, Oak Park, IL 60301 | Unknown | 0.00 | | 0.00 | FA |
| 7. 12 Parking Spaces, 1124 Lake Street, Oak Park, IL | Unknown | 102,000.00 | | 102,000.00 | FA |
| 8. FINANCIAL ACCOUNTS | 2,350.37 | 0.00 | | 0.00 | FA |
| 9. Security Deposit | 715.00 | 0.00 | | 0.00 | FA |
| 10. Interests in Partnerships | Unknown | 0.00 | | 0.00 | FA |
| 11. Accounts Receivable | 7,500.00 | 0.00 | | 0.00 | FA |
| 12. OTHER CONTINGENT AND UNLIQUIDATED CLAIMS | 1,000,000.00 | 1,000,000.00 | | 0.00 | 1,000,000.00 |
| 13. OTHER CONTINGENT AND UNLIQUIDATED CLAIMS | 0.00 | 0.00 | | 0.00 | FA |
| 14. OTHER CONTINGENT AND UNLIQUIDATED CLAIMS | 0.00 | 0.00 | | 0.00 | FA |
| 15. OTHER CONTINGENT AND UNLIQUIDATED CLAIMS | 53,000.00 | 0.00 | | 0.00 | FA |
| 16. OTHER CONTINGENT AND UNLIQUIDATED CLAIMS | 0.00 | 0.00 | | 0.00 | FA |
| 17. OTHER CONTINGENT AND UNLIQUIDATED CLAIMS | 0.00 | 0.00 | | 0.00 | FA |
| 18. OTHER CONTINGENT AND UNLIQUIDATED CLAIMS | 0.00 | 0.00 | | 0.00 | FA |
| 19. FINANCIAL ACCOUNTS | 5,715.36 | 0.00 | | 0.00 | FA |
| 20. FINANCIAL ACCOUNTS | 749,844.74 | 150,000.00 | | 150,000.00 | FA |
| 21. FINANCIAL ACCOUNTS | 346,173.06 | 55,000.00 | | 55,000.00 | FA |
| 22. FINANCIAL ACCOUNTS | 33,925.13 | 0.00 | | 0.00 | FA |
| 23. FINANCIAL ACCOUNTS | 10,000.00 | 0.00 | | 0.00 | FA |
| 24. Accounts Receivable | 271,029.03 | 0.00 | | 0.00 | FA |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 11-20196 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | CATHERINE STEEGE, TRUSTEE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | 1120 CLUB, L.L.C. | | | | Date Filed (f) or Converted (c): | 05/11/2011 (f) |
| | | | | | 341(a) Meeting Date: | 06/23/2011 |
| For Period Ending: | 06/30/2018 | | | | Claims Bar Date: | 10/14/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 25. Accounts Receivable | 608.75 | 608.75 | | 0.00 | FA |
| 26. RENT  (u) | 0.00 | 45,937.75 | | 45,937.75 | FA |
| 27. FRAUDULENT TRANSFER CLAIM SETTLEMENT (u) | 0.00 | 490,000.00 | | 490,000.00 | FA |
| INT. Post-Petition Interest Deposits  (u) | Unknown | N/A | | 12.40 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $2,480,861.44        $1,843,546.50        $842,950.15        $1,000,000.00

(Total Dollar Amount in Column 6)

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Tripiani suit is settled. Estate is owed approximately $50,000. The Association, which much pay this amount, has not done so and has filed a claim for administrative expense. Matter is set for argument on August 16, 2018.

7/13/2018

Mediation was unsuccessful and litigation is continuing in state court.

Collection of claims vs. Trapiani Construction and insurance carrier. Lawsuit pending in the state court was dismissed. Appeal reversing dismissal granted. Case is now back in Circuit Court. Mediation has been booked for 9/26/17 at 9:00 a.m. with Judge O'Connell.

12/12/2017

RE PROP #    1 --  Units 2, 3, 4 and Basement of the Dreschler Building Condominium
                   (Floors 2, 3, 4 and Basement of the Dreschler Building (office building))
                   1112 Lake Street
                   Oak Park, IL  60301
                   PIN 16-07-119-032-0000

| | | | |
|---|---|---|---|
| RE PROP # | 2 | -- | Leased Residential Condominium Unit<br>1124 Lake Street, Unit 404<br>Oak Park, IL  60301<br>PIN 16-07-119-033-1010 |
| RE PROP # | 3 | -- | Leased Residential Condominium Unit<br>1124 Lake Street, Unit 406<br>Oak Park, IL  60301<br>PIN 16-70-119-033-1016 |
| RE PROP # | 4 | -- | Leased Residential Condominium Unit<br>1124 Lake Street, Unit 502<br>Oak Park, IL  60301<br>PIN 16-07-119-033-1005 |
| RE PROP # | 5 | -- | Leased Residential Condominium Unit<br>1124 Lake Street, Unit 504<br>Oak Park, IL  60301<br>PIN 16-07-119-033-1011 |
| RE PROP # | 6 | -- | Vacant Residential Condominium Unit<br>1124 Lake Street, Unit 705<br>Oak Park, IL  60301<br>PIN 16-07-119-033-1043 |
| RE PROP # | 7 | -- | 12 Parking Spaces<br>1124 Lake Street<br>Oak Park, IL  60301<br>Including Space:  #8 (PIN 16-07-119-033-1052); #11 (PIN 16-07-119-033-1055); #17 (PIN 16-07-119-033-1061); #23 (PIN 16-07-119-033-1067); #30 (PIN 16-07-119-033-1074); #32 (PIN 16-07-119-033-1076); #34 (PIN 16-07-119-033-1078); #43 (PIN 16-07-119-033-1087); $46 (PIN 16-07-119-033-1090); #53 (PIN 16-07-119-033-1097); #59 (PIN 16-07-119-033-1103); #61 (PIN 16-07-119-033-1105) |
| RE PROP # | 8 | -- | 1-Operating Acct *5399, MB Fiancial Bank (Balance $2,350.37) |
| RE PROP # | 9 | -- | Utility Deposit / Electric Service<br>ComEd, PO Box 805379, Chicago, IL 60680 |
| RE PROP # | 10 | -- | New Venture Holdings, LLC<br>5% membership interest |
| RE PROP # | 11 | -- | $7,500.00 Due from Park East Square, 1112 Lake Street, Suite 300, Oak Park, IL 60301 |
| RE PROP # | 12 | -- | 1) Third-party claims against Trapani Construction Company in Case No. 09 L 5293.  Debtor has stated claims in excess of $1,000,000.00. |
| RE PROP # | 13 | -- | 2) Debtor's insurance claim tendered to Trapani Construction Company's insurer, Cincinnati Insurance Company.  Debtor is named as an additional insured on Trapani's policy. |
| RE PROP # | 14 | -- | 3) Counterclaims against 1120 Club Condominium Association in Case No. 09 L 5293. |
| RE PROP # | 15 | -- | 4) Judgment against 1120 Club Condominium Association in arbitration.  Value $53,000.00 |
| RE PROP # | 16 | -- | 5) Debtor's insurance claim tendered to the 1120 Club Condominium Association's insurer, Travelers Indemnity Company of America.  Debtor is named insured on the Association's policy.  Travelers disputes coverage and has filed a declaratory judgment action seeking a coverage determination, Case No. 10 CH 352. |
| RE PROP # | 17 | -- | 6) Counterclaims against Brandenburg Family Associates in Case No. 07 L 8894. |
| RE PROP # | 18 | -- | 7) Counterclaims against the Village of Oak Park in Case No. 09 CH 18240. |
| RE PROP # | 19 | -- | 2-Security Deposit/Trust Acct *7448, JP Morgan Chase (Balance $5,715.36) |
| RE PROP # | 20 | -- | 3-Escrow Acct *5576, Greater Illinois Title (Balance $749,844.74) |

| | | | |
|---|---|---|---|
| RE PROP # | 21 | -- | 4-Escrow Acct *7423, Greater Illinois Title (Balance $346,173.06) |
| RE PROP # | 22 | -- | 5-Escrow Acct *5334, Greater Illinois Title (Balance $33,925.13) |
| RE PROP # | 23 | -- | 6-Escrow Acct for Unit 702, Greater Illinois Title (Balance $10,000.00) |
| RE PROP # | 24 | -- | $271,029.03 due from RSC & Associates LLC |
| RE PROP # | 25 | -- | $608.75 due from New Venture Holdings LLC |
| RE PROP # | 27 | -- | (Steege v RSC Associates) |

Initial Projected Date of Final Report (TFR): 06/30/2014    Current Projected Date of Final Report (TFR): 01/01/2019

Trustee Signature:    /s/ CATHERINE STEEGE, TRUSTEE    Date: 07/24/2018

CATHERINE STEEGE, TRUSTEE
JENNER & BLOCK
353 N. CLARK STREET
38TH FLOOR
CHICAGO, IL 60654-3456

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 11-20196 | Trustee Name: CATHERINE STEEGE, TRUSTEE |
| Case Name: 1120 CLUB, L.L.C. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX9206 |
| | Associated Bank - Checking Account |
| Taxpayer ID No: XX-XXX5084 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/30/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Balance Forward | | | | $0.00 |
| 08/09/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | $248,053.12 | | $248,053.12 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $152.91 | $247,900.21 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $157.96 | $247,742.25 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $152.73 | $247,589.52 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $157.73 | $247,431.79 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $367.81 | $247,063.98 |
| 02/22/13 | 3001 | INTERNATIONAL SURETIES, LTD. SUITE 420701 POYDRAS STREETNEW ORLEANS, LA 70139 | Bond Payment | 2300-000 | | $214.07 | $246,849.91 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $331.76 | $246,518.15 |
| 04/04/13 | | AURORA WHEATLAND COMPANIES INC. | | | $49,652.04 | | $296,170.19 |
| | | | Gross Receipts   $102,000.00 | | | | |
| | | | 1120 Club Condo Assoc - Assessments   ($51,447.96) | 4110-000 | | | |
| | | | Title Charges   ($900.00) | 4110-000 | | | |
| | 7 | | 12 Parking Spaces, 1124 Lake Street, Oak Park, IL   $102,000.00 | 1110-000 | | | |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $366.50 | $295,803.69 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $423.16 | $295,380.53 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $439.15 | $294,941.38 |

Page Subtotals:                                                                                                      $297,705.16        $2,763.78

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-20196  
Case Name: 1120 CLUB, L.L.C.  
Taxpayer ID No: XX-XXX5084  
For Period Ending: 06/30/2018  

Trustee Name: CATHERINE STEEGE, TRUSTEE  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX9206  
Associated Bank - Checking Account  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $424.36 | $294,517.02 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $437.88 | $294,079.14 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $437.22 | $293,641.92 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $422.53 | $293,219.39 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $435.93 | $292,783.46 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $421.25 | $292,362.21 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $434.64 | $291,927.57 |
| 02/03/14 | 3002 | INTERNATIONAL SURETIES, LTD.<br>Suite 420701 Poydras St. New Orleans, LA 70139 | Blanket Bond | 2300-000 | | $223.88 | $291,703.69 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $434.04 | $291,269.65 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $391.21 | $290,878.44 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $432.45 | $290,445.99 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $417.89 | $290,028.10 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $431.19 | $289,596.91 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $416.65 | $289,180.26 |
| 07/28/14 | 27 | NEW VENTURE HOLDINGS LLC | FRAUDULENT TRANSFER CLAIM SETTLEMET | 1241-000 | $490,000.00 | | $779,180.26 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $523.92 | $778,656.34 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $1,157.47 | $777,498.87 |

Page Subtotals: $490,000.00   $7,442.51

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-20196  
Case Name: 1120 CLUB, L.L.C.  
Taxpayer ID No: XX-XXX5084  
For Period Ending: 06/30/2018  

Trustee Name: CATHERINE STEEGE, TRUSTEE  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX9206  
Associated Bank - Checking Account  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/07/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | $1,118.71 | $776,380.16 |
| 11/07/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | $1,154.26 | $775,225.90 |
| 12/05/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | $1,115.38 | $774,110.52 |
| 01/08/15 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | $1,150.78 | $772,959.74 |
| 02/06/15 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | $1,149.24 | $771,810.50 |
| 03/06/15 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | $1,036.40 | $770,774.10 |
| 03/18/15 | 3003 | ARTHUR B. LEVINE COMPANY 60 EAST 42ND STREET, ROOM 965NEW YORK, NY 10165 | BOND PAYMENT | 2300-000 |  | $468.68 | $770,305.42 |
| 04/07/15 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | $1,145.85 | $769,159.57 |
| 05/07/15 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | $1,107.13 | $768,052.44 |
| 06/05/15 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | $1,141.88 | $766,910.56 |
| 07/07/15 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | $1,103.31 | $765,807.25 |
| 08/07/15 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | $1,138.54 | $764,668.71 |
| 09/08/15 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | $1,136.86 | $763,531.85 |
| 10/07/15 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | $1,098.61 | $762,433.24 |
| 11/06/15 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | $1,133.52 | $761,299.72 |
| 12/07/15 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | $1,095.29 | $760,204.43 |
| 01/08/16 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $1,130.21 | $759,074.22 |

Page Subtotals:   $0.00   $18,424.65

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-20196  
Case Name: 1120 CLUB, L.L.C.  
Taxpayer ID No: XX-XXX5084  
For Period Ending: 06/30/2018  

Trustee Name: CATHERINE STEEGE, TRUSTEE  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX9206  
Associated Bank - Checking Account  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,128.59 | $757,945.63 |
| 02/29/16 | 3004 | Arthur B. Levine Company Surety Bond Agents 370 Lexington Avenue, Suite 1101 New York, NY 10017 | BOND PAYMENT | 2300-000 | | $405.56 | $757,540.07 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,054.07 | $756,486.00 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,124.84 | $755,361.16 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,086.80 | $754,274.36 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,121.34 | $753,153.02 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,083.62 | $752,069.40 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,118.17 | $750,951.23 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,116.35 | $749,834.88 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,078.90 | $748,755.98 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,113.19 | $747,642.79 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,075.70 | $746,567.09 |

Page Subtotals:       $0.00       $12,507.13

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-20196  
Case Name: 1120 CLUB, L.L.C.  
Taxpayer ID No: XX-XXX5084  
For Period Ending: 06/30/2018  

Trustee Name: CATHERINE STEEGE, TRUSTEE  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX9206  
Associated Bank - Checking Account  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,109.93 | $745,457.16 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,108.40 | $744,348.76 |
| 02/13/17 | 3005 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | BOND PAYMENT Reversal Did not realize until after checks were run that case calculation/percentage of bond disbursement included a case that TFR has been filed. Recalculation after removing that case resulted in increased bond premium for remaining cases. Voided checks and ran new checks with correct bond premium payments. | 2300-000 | | ($225.40) | $744,574.16 |
| 02/13/17 | 3005 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | BOND PAYMENT | 2300-000 | | $225.40 | $744,348.76 |
| 02/13/17 | 3006 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | BOND PAYMENT | 2300-000 | | $227.88 | $744,120.88 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $999.45 | $743,121.43 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,104.79 | $742,016.64 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,067.60 | $740,949.04 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,101.48 | $739,847.56 |

Page Subtotals: $0.00   $6,719.53

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-20196  
Case Name: 1120 CLUB, L.L.C.  
Taxpayer ID No: XX-XXX5084  
For Period Ending: 06/30/2018  

Trustee Name: CATHERINE STEEGE, TRUSTEE  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX9206  
Associated Bank - Checking Account  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,064.48 | $738,783.08 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,098.51 | $737,684.57 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,096.74 | $736,587.83 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,059.84 | $735,527.99 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,093.47 | $734,434.52 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,056.69 | $733,377.83 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,090.32 | $732,287.51 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,088.77 | $731,198.74 |
| 02/12/18 | 3007 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | BOND PAYMENT | 2300-000 | | $217.17 | $730,981.57 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $981.83 | $729,999.74 |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,085.28 | $728,914.46 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,048.70 | $727,865.76 |

Page Subtotals: $0.00  $11,981.80

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 11-20196 | Trustee Name: CATHERINE STEEGE, TRUSTEE |
| Case Name: 1120 CLUB, L.L.C. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX9206 |
| | Associated Bank - Checking Account |
| Taxpayer ID No: XX-XXX5084 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/30/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,082.13 | $726,783.63 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $787,705.16 | $60,921.53 |
| Less: Bank Transfers/CD's | $248,053.12 | $0.00 |
| Subtotal | $539,652.04 | $60,921.53 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $539,652.04 | $60,921.53 |

Page Subtotals: $0.00 $1,082.13

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-20196  
Case Name: 1120 CLUB, L.L.C.  
Taxpayer ID No: XX-XXX5084  
For Period Ending: 06/30/2018  

Trustee Name: CATHERINE STEEGE, TRUSTEE  
Bank Name: Bank of America  
Account Number/CD#: XXXXXX3789  
BofA - Money Market Account  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Balance Forward | | | | $0.00 |
| 07/14/11 | 26 | APRIL ROSS-MOON, INC.<br>1037 Chicago AvenueOak Park, IL  60302-1801 | Rental Income - June rent #404 | 1222-000 | $1,400.00 | | $1,400.00 |
| 07/14/11 | 26 | APRIL ROSS-MOON, INC.<br>1124 Lake St. Unit 404Oak Park, IL  60301 | Rental Income - July Rent | 1222-000 | $1,400.00 | | $2,800.00 |
| 07/14/11 | 26 | DANIEL P. VIRTUE<br>5N280 Deerpath WaySaint Charles, IL  60175-4905 | June Rent 1124 Lake #406 | 1222-000 | $1,306.75 | | $4,106.75 |
| 07/14/11 | 26 | CHRISTINE PATEROS<br>1124 Lake Street #502Oak Park, IL  60301 | Rental Income - June Rent | 1222-000 | $2,100.00 | | $6,206.75 |
| 07/14/11 | 26 | P. GEOFF MARTIN<br>123 S. Western AvenueChicago, IL  60612-4650 | Rental Income | 1222-000 | $2,250.00 | | $8,456.75 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.03 | | $8,456.78 |
| 08/16/11 | 26 | P. GEOFF MARTIN<br>1124 Lake St. #504Oak Park, IL  60301 | Rent | 1222-000 | $2,250.00 | | $10,706.78 |
| 08/29/11 | | Transfer to Acct # XXXXXX3815 | Bank Funds Transfer | 9999-000 | | $921.00 | $9,785.78 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.08 | | $9,785.86 |
| 09/12/11 | 26 | CHRISTINE PATEROS<br>1124 Lake St. 502Oak Park, IL  60301 | Sept. Rent | 1222-000 | $1,600.00 | | $11,385.86 |
| 09/12/11 | 26 | CHRISTINE PATEROS<br>1124 Lake St. 502Oak Park, IL  60301 | Oct 1-3 Rent | 1222-000 | $156.00 | | $11,541.86 |
| 09/14/11 | 26 | CHRISTINE PATEROS<br>1124 Lake St. 502Oak Park, IL  60301 | Rent | 1222-000 | $2,100.00 | | $13,641.86 |
| 09/14/11 | 26 | P. GEOFF MARTIN<br>Jessica Einhorn1124 Lake St. #504Oak Park, IL  60301 | Rent | 1222-000 | $2,250.00 | | $15,891.86 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.10 | | $15,891.96 |

Page Subtotals:    $16,812.96    $921.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-20196  
Case Name: 1120 CLUB, L.L.C.  
Taxpayer ID No: XX-XXX5084  
For Period Ending: 06/30/2018  

Trustee Name: CATHERINE STEEGE, TRUSTEE  
Bank Name: Bank of America  
Account Number/CD#: XXXXXX3789  
BofA - Money Market Account  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/10/11 | 26 | P. GEOFF MARTIN<br>Jessica Einhorn1124 Lake St. #504Oak Park, IL 60301 | Rent | 1222-000 | $2,000.00 | | $17,891.96 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.15 | | $17,892.11 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $21.81 | $17,870.30 |
| 11/07/11 | 26 | P. GEOFF MARTIN<br>Jessica Einhorn1124 Lake St. #504Oak Park, IL 60301 | Rent | 1222-000 | $2,000.00 | | $19,870.30 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.16 | | $19,870.46 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $23.76 | $19,846.70 |
| 12/07/11 | 26 | P. GEOFF MARTIN<br>Jessica Einhorn1124 Lake St. #504Oak Park, IL 60301 | Rent | 1222-000 | $2,000.00 | | $21,846.70 |
| 12/21/11 | 20 | GREATER ILLINOIS TITLE COMPANY<br>120 N. LaSalle Street, Suite 900Chicago, IL 60602 | Settlement | 1149-000 | $116,015.40 | | $137,862.10 |
| 12/21/11 | 20 | GREATER ILLINOIS TITLE COMPANY<br>120 N. LaSalle Street, Suite 900Chicago, IL 60602 | Settlement | 1149-000 | $33,984.60 | | $171,846.70 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.38 | | $171,847.08 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $50.69 | $171,796.39 |
| 01/10/12 | 26 | P. GEOFF MARTIN<br>Jessica Einhorn1124 Lake St. #504Oak Park, IL 60301 | Rent | 1222-000 | $2,000.00 | | $173,796.39 |
| 01/31/12 | 26 | STEVEN B. POWELL<br>Maria Silveira Galban7223 Oak AvenueRiver Forest, IL 60305-1935 | Rent | 1222-000 | $4,375.00 | | $178,171.39 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $1.47 | | $178,172.86 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $226.86 | $177,946.00 |
| | | | Page Subtotals: | | $162,377.16 | $323.12 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 11-20196 | Trustee Name: CATHERINE STEEGE, TRUSTEE |
| Case Name: 1120 CLUB, L.L.C. | Bank Name: Bank of America |
| | Account Number/CD#: XXXXXX3789 |
| | BofA - Money Market Account |
| Taxpayer ID No: XX-XXX5084 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/30/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/06/12 | | Transfer to Acct # XXXXXX3815 | Bank Funds Transfer | 9999-000 | | $148.52 | $177,797.48 |
| 02/09/12 | 26 | P. GEOFF MARTIN Jessica Einhorn1124 Lake St. #504Oak Park, IL  60301 | Rent | 1222-000 | $2,000.00 | | $179,797.48 |
| 02/27/12 | 26 | STEVEN POWELL | Feb Rent Unit 404, 1124 Lake St. | 1222-000 | $1,750.00 | | $181,547.48 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $1.42 | | $181,548.90 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $212.30 | $181,336.60 |
| 03/07/12 | 26 | P. GEOFF MARTIN Jessica Einhorn1124 Lake St. #504Oak Park, IL  60301 | Rent | 1222-000 | $2,000.00 | | $183,336.60 |
| 03/15/12 | 26 | STEVEN POWELL | Rent | 1222-000 | $1,750.00 | | $185,086.60 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $1.55 | | $185,088.15 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $225.30 | $184,862.85 |
| 04/18/12 | 26 | P. GEOFF MARTIN Jessica Einhorn1124 Lake St. #504Oak Park,IL  60301 | Rent | 1222-000 | $2,000.00 | | $186,862.85 |
| 04/30/12 | 26 | STEVEN B. POWELL 1124 Lake Street, Unit 404Oak Park, IL 60301-1381 | Rent | 1222-000 | $1,750.00 | | $188,612.85 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | $1.52 | | $188,614.37 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $235.52 | $188,378.85 |
| 05/17/12 | 26 | P. GEOFF MARTIN Jessica Einhorn1124 Lake St. #504Oak Park, IL  60301 | Rent | 1222-000 | $2,000.00 | | $190,378.85 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $1.60 | | $190,380.45 |

Page Subtotals: $13,256.09    $821.64

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 11-20196  
Case Name: 1120 CLUB, L.L.C.  
Taxpayer ID No: XX-XXX5084  
For Period Ending: 06/30/2018  

Trustee Name: CATHERINE STEEGE, TRUSTEE  
Bank Name: Bank of America  
Account Number/CD#: XXXXXX3789  
BofA - Money Market Account  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/31/12 |  | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 |  | $240.01 | $190,140.44 |
| 06/05/12 | 26 | STEVEN B. POWELL 1124 Lake Street, Unit 404Oak Park, IL 60301-1381312-714-0488 | Rent | 1222-000 | $1,750.00 |  | $191,890.44 |
| 06/05/12 | 26 | STEVEN B. POWELL 1124 Lake Street, Unit 404Oak Park, IL 60301-1381312-714-0488 | Rent | 1222-000 | $1,750.00 |  | $193,640.44 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $1.58 |  | $193,642.02 |
| 06/29/12 |  | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 |  | $229.14 | $193,412.88 |
| 07/20/12 | 21 | GREATER ILLINOIS TITLE COMPANY | Settlement | 1129-000 | $55,000.00 |  | $248,412.88 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $1.82 |  | $248,414.70 |
| 07/31/12 |  | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 |  | $280.71 | $248,133.99 |
| 08/07/12 |  | Transfer to Acct # XXXXXX3815 | Bank Funds Transfer | 9999-000 |  | $0.05 | $248,133.94 |
| 08/09/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | $0.54 |  | $248,134.48 |
| 08/09/12 |  | BANK OF AMERICA, N.A. 901 MAIN STREET9TH FLOORDALLAS, TX 75283 | BANK FEES | 2600-000 |  | $81.36 | $248,053.12 |
| 08/09/12 |  | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 |  | $248,053.12 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $250,950.15 | $250,950.15 |
| Less: Bank Transfers/CD's | $0.00 | $249,122.69 |
| Subtotal | $250,950.15 | $1,827.46 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $250,950.15 | $1,827.46 |

Page Subtotals:  $58,503.94   $248,884.39

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-20196  
Case Name: 1120 CLUB, L.L.C.  
Taxpayer ID No: XX-XXX5084  
For Period Ending: 06/30/2018  

Trustee Name: CATHERINE STEEGE, TRUSTEE  
Bank Name: Bank of America  
Account Number/CD#: XXXXXX3815  
BofA - Checking Account  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Balance Forward | | | | $0.00 |
| 08/29/11 | | Transfer from Acct # XXXXXX3789 | Bank Funds Transfer | 9999-000 | $921.00 | | $921.00 |
| 08/29/11 | 3001 | HARLEYSVILLE PREFERRED INSURANCE CO Processing CenterP.O. Box 37712Philadelphia, PA  19101-5012 | Insurance | 2990-000 | | $921.00 | $0.00 |
| 02/06/12 | | Transfer from Acct # XXXXXX3789 | Bank Funds Transfer | 9999-000 | $148.52 | | $148.52 |
| 02/06/12 | 3002 | INTERNATIONAL SURETIES, LTD. SUITE 420701 POYDRAS ST.NEW ORLEANS, LA  70139 | Bond # 016026455 | 2300-000 | | $148.52 | $0.00 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $0.05 | ($0.05) |
| 08/07/12 | | Transfer from Acct # XXXXXX3789 | Bank Funds Transfer | 9999-000 | $0.05 | | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $1,069.57 | $1,069.57 |
| Less: Bank Transfers/CD's | $1,069.57 | $0.00 |
| Subtotal | $0.00 | $1,069.57 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $1,069.57 |

Page Subtotals: $1,069.57   $1,069.57

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3789 - BofA - Money Market Account | $250,950.15 | $1,827.46 | $0.00 |
| XXXXXX3815 - BofA - Checking Account | $0.00 | $1,069.57 | $0.00 |
| XXXXXX9206 - Associated Bank - Checking Account | $539,652.04 | $60,921.53 | $726,783.63 |
|  | $790,602.19 | $63,818.56 | $726,783.63 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $52,347.96 |
| Total Net Deposits: | $790,602.19 |
| Total Gross Receipts: | $842,950.15 |

Trustee Signature:   /s/ CATHERINE STEEGE, TRUSTEE   Date: 07/24/2018

CATHERINE STEEGE, TRUSTEE
JENNER & BLOCK
353 N. CLARK STREET
38TH FLOOR
CHICAGO, IL 60654-3456

Page Subtotals:                                                                 $0.00         $0.00